# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KIM KUHNER, Individually and as *Guardian of the Estate of J.K. a Minor,*  )<br>)<br>)<br>Plaintiff,                        )<br>)<br>vs.                                          )<br>)<br>HIGHLAND COMMUNITY UNIT         )<br>SCHOOL DISTRICT NO. 5,  *et al.*,  )<br>)<br>Defendants.                      ) | Case No. 15-cv-00107-JPG-DGW |

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

**IT IS HEREBY ORDERED AND ADJUDGED** that this case is **DISMISSED** with prejudice.

**DATED:** 6/14/2016

                                      **Justine Flanagan**
                                      **Acting Clerk of Court**

                                      **s/ Jo Ann Juengel**
                                        **Deputy Clerk**

**Approved:**     *s/J. Phil Gilbert*
                   **J. PHIL GILBERT**
                   **DISTRICT JUDGE**